IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                                        No. Misc. 07-0106 GEB EFB PS

    vs.

ANDREW JOHN LEMES, III,

    Defendant and Judgment Debtor.
                                        /

CALIFORNIA DEPARTMENT OF
HEALTH SERVICES,

    Garnishee.
                                        /

       On February 19, 2008, defendant and judgment debtor filed a motion requesting a hearing and a change of venue to the United States District Court for the Central District of California. Plaintiff's request to change venue was premised on the alleged inconvenience of having a garnishment hearing in a district where he does not reside. Defendant has since withdrawn his request for a garnishment hearing. Accordingly, there is no longer any basis for his motion to change venue and it is denied as moot.

       SO ORDERED.

DATED: April 22, 2008.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE