IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07MC00106-GEB-EFB |
| Plaintiff, | |
| v. | |
| ANDREW JOHN LEMES, III, | ORDER OF GARNISHMENT (INTEREST IN WITHHELD MONEY) |
| Defendant and Judgment Debtor. | |
| CALIFORNIA DEPARTMENT OF HEALTH SERVICES, | |
| Garnishee. | |

A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Andrew John Lemes, III ("Judgment Debtor").  The balance currently owing by the Judgment Debtor is $737,475.00 as of April 22, 2008.

//

//

1  The Garnishee filed an Answer of Garnishee stating that at
2 the time of service of the Writ, the Garnishee had custody or
3 possession of properties (non-earnings), in which the "Judgement
4 Debtor" maintains an interest in the amount of $750.000.00.

5  The Judgment Debtor was served by the Garnishee with the
6 Answer of Garnishee.  While Judgment Debtor initially requested a
7 hearing pursuant to 28 U.S.C. § 3205(c)(5), by notice filed
8 March 3, 2008, he withdrew his request.

9  Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee
10 files an answer, and if no hearing is requested within the
11 required time period, the Court shall promptly enter an order
12 directing the Garnishee as to the disposition of the Judgment
13 Debtor's property.

14  ACCORDINGLY, IT IS ORDERED that the Garnishee California
15 Department of Health Services shall turn over the amount of
16 $737,475.00.00, payable to the Clerk of the Court, reference
17 Docket No. CR S 01-352 on the face of the check, and forward it
18 to:

19           U.S. District Court Clerk
             501 "I" Street, Room 4-200
20           Sacramento, California 95814

21
The balance shall be remitted to the Judgment Debtor.
22
   IT IS FURTHER ORDERED that upon receipt of payment, the Writ
23
of Garnishment is hereby terminated.
24

25 DATED:  May 28, 2008.

                          _____
26                        EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE
27

28